John K. Ward (William C. Mills, of counsel), for the People.

Snyder, Cristman & Earl (Charles E. Snyder, of counsel), for respondents.

PER CURIAM. Judgment unanimously affirmed, with costs, on opinion of Judge Henry T. Kellogg at Trial Term.

---

PEOPLE ex rel. BANKERS' TRUST CO. v. GLYNN, State Comptroller.

(Supreme Court, Appellate Division, Third Department. November 10, 1909.)

TAXATION (§ 376*)—FRANCHISE TAX—VALUE OF SECURITIES.

    The Comptroller, in stating the franchise tax against a trust company, need not accept the book value, representing actual cost, of its securities, in determining its undivided profits, but may consider the actual market value of the securities.

    [Ed. Note.—For other cases, see Taxation, Cent. Dig. § 625; Dec. Dig. § 376.*]

Certiorari by the People of the State of New York, on the relation of the Bankers' Trust Company, against Martin H. Glynn, as Comptroller of the State, to review his determination in stating the franchise tax against the company. Determination confirmed, with costs and disbursements.

Argued before SMITH, P. J., and CHESTER, KELLOGG, COCHRANE, and SEWELL, JJ.

White & Case (J. Du Pratt White, of counsel), for Trust Co.

Edward R. O'Malley, Atty. Gen., and Edward H. Letchworth, Dep. Atty. Gen., for defendant.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes

PER CURIAM. The Comptroller, in stating the franchise tax against a trust company is not bound to accept the book value (representing actual cost) of its securities in determining its undivided profits, but may consider the actual market value of such securities.